IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID SIMPKINS and SALLY SIMPKINS, | ) ) ) ) |
| Plaintiffs, | ) ) No. 3:23-cv-01367 |
| v. | ) ) ) |
| JOHN MAHER BUILDERS, INC. *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

Plaintiffs David Simpkins and Sally Simpkins, Tennessee residents proceeding pro se, filed a Complaint (Doc. No. 1) and motions seeking emergency relief (Doc. Nos. 4 & 8) following Plaintiffs' receipt of notice that their residence (located at 1375 Round Hill Lane, Spring Hill, TN 37174) would be sold on January 4, 2024, to satisfy their indebtedness and the costs of foreclosure.

By Memorandum Opinion and Order entered on January 3, 2023, the Court denied Plaintiff's motions due to procedural deficiencies. (Doc. No. 9). The denials were without prejudice to Plaintiffs' ability to later file properly-supported, procedurally-compliant motions.

The Court finds that the interests of justice warrant the appointment of counsel for Plaintiffs for the next twenty-four (24) hours to assist Plaintiffs on the day of their scheduled foreclosure. Therefore, the Court has directed the Clerk to find elbow counsel for Plaintiffs, and the Clerk has designated Paul Bruno.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE