UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DAVID SIMPKINS** and **SALLY SIMPKINS**, | ) ) ) ) |
| Plaintiffs, | ) ) No. 3:23-cv-01367 |
| v. | ) ) ) |
| **JOHN MAHER BUILDERS, INC.** *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

Pending before the Court are the following motions filed by pro se Plaintiffs David Simpkins and Sally Simpkins: "Motion for USDC to Rule on Complaint Per FRCP 8" (Doc. No. 20), "Motion for Determination of Original and Exclusive Jurisdiction by the USDC Since December 30th 2020" (Doc. No. 21), and Motion for Permission to Register with the CM/ECF (Doc. No. 23).

The first two motions (Doc. Nos. 20, 21) are attempts by Plaintiffs to expedite the Court's consideration of their claims. This case will proceed as any nonprisoner pro se case, and Plaintiffs cannot expedite the review of their claims by filing such motions. Plaintiffs' previous motions seeking emergency relief have been denied.[1] Furthermore, Plaintiffs have not yet resolved the matter of the filing fee. The motions therefore (Doc. Nos. 20, 21) are **DENIED**.

Plaintiffs' third motion, a Motion for Permission to Register with the CM/ECF (Doc. No. 23), is **GRANTED**. The Clerk is **DIRECTED** to mail Plaintiffs a copy of the Court's Information

---

[1] In the past two months, the Court has denied Plaintiffs' motions for a temporary restraining order (Doc. Nos. 9, 19), appointed Plaintiffs limited elbow counsel (Doc. No. 10), denied Plaintiffs' pauper applications (Doc. No. 19), and granted Plaintiffs' motion to expedite a TRO motion. (Doc. No. 19).

1

Sheet entitled "E-Filing: Using the Court's Electronic Case Filing System (CM/ECF) and PACER" for Plaintiff's convenience. This Information Sheet explains what Plaintiffs need to do next to access the CM/ECF system. Plaintiffs are advised that the Court may withdraw the privilege of utilizing the Court's electronic case filing system if Plaintiffs abuse that privilege by filing unnecessary, frivolous, and/or vexatious motions.

Finally, in the Court's prior Memorandum and Order, the Court denied Plaintiffs' Applications for Leave to Proceed In Forma Pauperis ("IFP Applications"). (Doc. No. 19 at 3-4). The Court did so because Plaintiffs had represented that their combined monthly income exceeds their monthly expenses by $1775.51, and Plaintiffs had not explained why they were unable to pay their monthly expenses with this surplusage. (Id. at 3-4). The Court permitted Plaintiffs to submit amended IFP Applications that more fully explain their financial situation. (Id. at 4). The Court ordered Plaintiffs to submit either amended IFP Applications or the full civil filing fee within 30 days and warned them that failure to comply would result in this case being dismissed. (Id.)

Although Plaintiffs failed to submit amended IFP Applications or the civil filing fee by the Court's deadline, Plaintiffs filed a "Notice to USDC's Request for Further Explanation of Expenses" (Doc. No. 22) prior to the expiration of the deadline. Attached to the Notice are multiple financial records which Plaintiffs ask the Court to consider in ruling on Plaintiffs' IFP Applications. However, Plaintiffs' IFP Applications were denied, so there are currently no pending IFP Applications on which the Court can rule.

Out of an abundance of caution, the Court will consider Plaintiffs' Notice as a request to extend the deadline for submitting amended IFP Applications, which is **GRANTED**. The Clerk is **DIRECTED** to mail each Plaintiff a "long form" IFP Application (AO239). Plaintiffs must input all relevant financial information <u>on the forms</u> rather than attaching voluminous financial records

and a memorandum/brief. Plaintiffs' new deadline for submitting <u>either</u> amended IFP Applications <u>or</u> the full civil filing fee is 30 days from the date this Order is entered. Failure to comply with the Court's instructions will result in a dismissal of this case.

    IT IS SO ORDERED.

_____<br>
WAVERLY D. CRENSHAW, JR.<br>
CHIEF UNITED STATES DISTRICT JUDGE