UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

David Simpkins, et al.
        Plaintiff,

v.              Case No.: 3:23−cv−01367

John Maher Builders, Inc., et al.
        Defendant,

## ENTRY OF JUDGMENT

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/7/2024 re [42].

                   Lynda M. Hill
                s/ Caylor A Haynes, Deputy Clerk