UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID SIMPKINS and<br>SALLY SIMPKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN MAHER BUILDERS, INC. et al.,<br><br>    Defendants. | No. 3:23-cv-01367 |

## ORDER

On October 7, 2024, Plaintiffs filed an Emergency Motion for Protective Order. (Doc. No. 44). On October 2, 2024, however, this case was dismissed without prejudice. (Doc. No. 42).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE