UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID SIMPKINS and SALY SIMPKINS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:23-cv-01367 ) |
| JOHN MAHER BUILDERS, INC., JOHN MAHER, and TONY MAHER, | ) ) ) ) |
| Defendants. | ) |

## ORDER

On October 2, 2024, the Court approved and adopted the Magistrate Judge's Report and Recommendation and dismissed this case without prejudice pursuant to Federal Rule of Civil Procedure 4(m) and the Court's inherent power under Rule 41(b) to manage its own docket. (Doc. No. 42). That Order was a *final* order, and the Clerk has since entered judgment under Rule 58 and closed the file. (See Doc. No. 43). For reasons unknown, however, Plaintiffs continue to file "emergency" motions in this matter that are directed at Chief Judge Campbell, who is not the presiding Judge in this matter. (See Doc. Nos. 44, 47).

Accordingly, Plaintiffs are hereby on notice that they shall not make any more filings in the above-captioned case (which is closed), except to the extent Plaintiffs choose to file a notice of appeal from this or any other Order in this case. This Order shall also serve as a final warning to Plaintiffs that any future irrelevant filings in this matter may result in sanctions or additional filing restrictions. Plaintiffs' most recent Motion (Doc. No. 47) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE